No. 76–919. FORT BELKNAP INDIAN COMMUNITY, FORT BELKNAP INDIAN RESERVATION *v.* DISTRICT COURT OF THE TWELFTH JUDICIAL DISTRICT OF MONTANA, IN AND FOR THE COUNTY OF BLAINE, ET AL. Sup. Ct. Mont. Motion of National Congress of American Indians, Inc., for leave to file a brief as *amicus curiae* granted. Motion of respondent James W. Gardipee, real party in interest, for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–970. KUHNS ET AL. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

The California courts, in response to our remand for reconsideration in light of *Miller* v. *California,* 413 U. S. 15 (1973), reaffirmed petitioners' 1971 convictions for selling obscene materials in violation of Cal. Penal Code Ann. § 311.2 (West 1970). I would reverse the convictions. I adhere to my view expressed in *Miller* that this statute is "unconstitutionally overbroad, and therefore invalid on its face." 413 U. S., at 47 (dissenting opinion). See also *Splawn* v. *California, ante,* p. 595 (BRENNAN, J., dissenting); *Pendleton* v. *California,* 423 U. S. 1068 (1976) (BRENNAN, J., dissenting from dismissal of appeal); *Sandquist* v. *California,* 423 U. S. 900, 901 (1975) (BRENNAN, J., dissenting from denial of certiorari); *Tobalina* v. *California,* 419 U. S. 926 (1974) (BRENNAN, J., dissenting from denial of certiorari); *Kaplan* v. *California,* 419 U. S. 915 (1974) (BRENNAN, J., dissenting from denial of certiorari); *Blank* v. *California,* 419 U. S. 913 (1974) (BRENNAN, J., dissenting from denial of certiorari).

No. 76–1079. LEVC, AKA O'BLAK, ET AL. *v.* CONNORS, TREASURER OF MONTANA, ET AL. Sup. Ct. Mont. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.